IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **LASTARZA R. THOMAS,** | : | |
| **Petitioner** | : | |
| VS. | : | |
| | : | CIVIL NO. 5:14-CV-0307-MTT |
| Warden **DOUG WILLIAMS,** | : | |
| **Respondent** | : | |

O R D E R

    Petitioner Lastarza R. Thomas seeks to appeal this Court's dismissal of his Petition for Writ of Habeas Corpus and has filed a Motion for Leave to Proceed *in forma pauperis* on Appeal (EFC No. 20).  Petitioner's Motion is **MOOT**, as he has already been denied both a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal. (EFC No. 15 at 3.) *See also* 28 U.S.C. § 2253(c).  Petitioner's Motion to Proceed *in forma pauperis* on Appeal is thus **DENIED**.

    **SO ORDERED**, this 20th day of May, 2015.

                                                               S/ Marc T. Treadwell
                                                               MARC T. TREADWELL
                                                                UNITED STATES DISTRICT COURT